IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| Alana Souza, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>Charmed LLC,<br><br>Defendant. | Civil Action No. 6:22-cv-02019-LTS-KEM<br><br>**Chief Judge Leonard T. Strand**<br>**Chief Magistrate Judge Kelly K.E. Mahoney**<br><br>**JOINT MOTION TO EXTEND DEADLINES** |

## JOINT MOTION TO EXTEND DEADLINES

Pursuant to Fed. R. Civ. P. 6(b)(1)(A) and Local Rule 7.j, Plaintiffs Alana Souza, Dessie Mitcheson, Emily Sears, Jamillette Gaxiola, Jesse Golden, Jessica Hinton, Julianne Klaren, Katarina Van Derham, Lina Posada, Megan Daniels, Melanie Iglesias, Rosa Acosta, Rosie Roff, Sandra Valencia, Tiffany Toth Gray, and Ursula Mayes ("Plaintiffs"), and Defendant Charmed LLC dba Flirts ("Defendant"), jointly move to extend deadlines set forth in the Court's August 26, 2022 Scheduling Order and Discovery Plan (ECF Doc. 21) to allow the parties additional time to continue settlement negotiations, address insurance coverage issues, and conduct expert discovery in an orderly and cost efficient manner.

The Parties further state:

1. The existing deadlines sought to be continued or extended are:

   a. Plaintiffs' expert witness disclosures by 2/21/2023.

   b. Defendant's expert witness disclosures by 4/21/2023.

   c. Plaintiffs' rebuttal expert witness disclosures by 5/22/2023.

   d. Completion of discovery completed by 6/26/2023.

   e. Dispositive motions by 7/24/2023.

2. The new deadlines requested are:

    a. Plaintiffs' expert witness disclosures by 7/21/2023.

    b. Defendant's expert witness disclosures by 8/25/2023.

    c. Plaintiffs' rebuttal expert witness disclosures by 9/8/2023.

    d. Completition of discovery by 9/15/2023.

    e. Dispositive motions by 10/13/2023.

3. The scheduled deadlines have not been continued or extended previously and the original deadlines are those set forth in paragraph 1 above.

4. Other deadlines have been set by the the Court's Trial Management Order for Civil Jury Trial (ECF Doc. 22). The parties do not request modification of the trial date, final pretrial conference deadline, or any of the other deadlines set forth in the Court's Trial Management Order for Civil Jury Trial. The parties new proposed dispositive motion deadline is 150 days before the scheduled trial date.

5. The date of the scheduled final pretrial conference currently is February 27, 2024, at 3:00 p.m., and this case has been placed on the calendar of Chief United States District Court Judge Leonard T. Strand for a jury trial scheduled to commence in the United States Courthouse in Cedar Rapids, Iowa on March 11, 2024. The parties do not seek continuance of the trial date.

Dated: January 30, 2023

Respectfully submitted,

/s/ Edmund S. Aronowitz
Edmund S. Aronowitz, MI Bar No. P81474
(*pro hac vice*)
Aronowitz Law Firm PLLC
220 S. Main St. Ste. 305
Royal Oak, Michigan 48067
Telephone: (248) 716-5421
Facsimile: (248) 419-1032
Email: edmund@aronowitzlawfirm.com

Beatriz Mate-Kodjo AT0012331
BMK Law Firm, PLLC
1910 Washington St. Ste. 100
Pella, Iowa 50219
Telephone: (641) 450-1668
Facsimile: (641) 847-7698
Email: beatriz@mate-kodjo-law.com

*Counsel for Plaintiffs Alana Souza, Dessie Mitcheson, Emily Sears, Jamillette Gaxiola, Jesse Golden, Jessica Hinton, Julianne Klaren, Katarina Van Derham, Lina Posada, Megan Daniels, Melanie Iglesias, Rosa Acosta, Rosie Roff, Sandra Valencia, Tiffany Toth Gray, and Ursula Mayes*

Dated: January 30, 2023

Respectfully submitted,

s/ Henry J. Bevel (with permission)
Henry J. Bevel III (AT0000782)
528 West 4th Street
P.O. Box 1200
Waterloo, Iowa 50704-1200
Telephone: (319) 232-6555
Facsimile: (319) 232-4835
Email: bevel@s-c-law.com

*Counsel for Defendant Charmed LLC dba Flirts*

## Certificate of Service

I hereby certify that on January 30, 2023, I filed the foregoing using the CM/ECF system which will provide notice to counsel for all parties of record.

/s/ Edmund S. Aronowitz