| | |
|---|---|
| Alana Souza *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Charmed LLC dba Flirts Gentlemen's Club, <br><br> Defendant. | **Civil Action No. 6:22-cv-02019** <br><br> **Chief Judge Leonard T. Strand** <br> **Chief Magistrate Judge Kelly K.E. Mahoney** |

### Plaintiffs' Motion for Attorneys' Fees

Plaintiffs Alana Souza, Dessie Mitcheson, Emily Sears, Jamillette Gaxiola, Jessica Hinton, Katarina Van Derham, Lina Posada, Megan Daniels, Melanie Iglesias, Rosa Acosta, Rosie Roff, Sandra Valencia, Tiffany Toth Gray, and Ursula Mayes (those 14 of 16 total plaintiffs for whom the jury found in their favor on one or both of Plaintiffs' claims for False Association or False Advertising under the Lanham Act, 15 U.S.C. § 1125(a), collectively, "Plaintiffs"), move this Court pursuant to Rule 54(d) of the Federal Rules of Civil Procedure and Local Rule 54A for an Order awarding Plaintiffs their attorneys' fees (including non-taxable costs) against defendant Charmed, LLC doing business as Flirts Gentlemen's Club ("Charmed" or "Defendant"). Pursuant to Fed. R. Civ. P. 54(d)(2)(B), Plaintiffs state:

(i) This motion is made by the deadline set forth in the Court's Order Regarding Post-Trial Motions that extended the 14-day post-judgment deadline set by Fed. R. Civ. P. 54(d)(2)(B)(i) to May 15, 2024. *See* Doc. 56.

(ii) Judgment following jury trial in the total aggregate amount of $134,000 (or $123,500 when considering only the portions of the judgment in favor of the 14 moving

1

(ii) Plaintiffs) was entered against Defendant on March 15, 2024, *see* Doc. 55 (the "Judgment"), and the statute that entitles movant to fees is 15 U.S.C. § 1117(a).

(iii) A fair estimate of the amount sought for attorney's fees is $113,650, and is based on a lodestar calculation of Plaintiffs' lead counsel's time multiplied by a reasonable hourly rate (227.3 hours for Aronowitz at $500/hour) plus the non-taxable costs necessarily incurred in bringing this matter to trial, including expert witness fees ($56,772.00 combined for Maronick and Chamberlin report and testimony invoices less two $40.00 witness attendance fees requested as taxable costs, for an expert witness fee subtotal of $56,692.00, or $57,846.79 inclusive of $354.30 in hotel charges above the GSA limits for Cedar Rapids), the lodging expenses for those five Plaintiffs who testified in-person in Cedar Rapids ($889.20), and the travel and lodging expenses for lead counsel at trial ($2,206.30), for a grand total requested in the award of attorneys' fees of **$174,118.72**. Plaintiffs further respectfully request the Court award any amounts Plaintiffs submitted on their Bill of Costs as part of the attorney's fee award if and only if such costs are determined to be non-taxable under relevant authority.

(iv) Plaintiffs disclose the terms of their agreement about fees for the services for which the claim is made as a 30% contingent fee arrangement.

Plaintiffs further submit a brief in support of this motion, the declaration of Plaintiffs' lead counsel Edmund S. Aronowitz, surveys on attorney hourly rates from Michigan and Iowa, an itemization that includes a detailed listing of the time claimed for each specific task and the hourly rate claimed with a summary indicating the total time spent performing each of the following major categories of work specified in LR 54A(a), an itemization of costs with supporting

documentation, and such other exhibits related to Plaintiffs' motion for fees. Plaintiffs have further separately submitted their Bill of Costs contemporaneously with this motion.

Wherefore Plaintiffs respectfully request the Court grant this motion and award Plaintiffs $174,118.72 for their attorney's fees (inclusive of such litigation expenses that are non-taxable as costs) as requested herein.

Dated: March 15, 2024                    Respectfully submitted,

/s/ Edmund S. Aronowitz
Edmund S. Aronowitz, MI Bar No. P81474 (*pro hac vice*)
Aronowitz Law Firm PLLC
220 S. Main St. Ste. 305
Royal Oak, Michigan 48067
Telephone: (248) 716-5421
Facsimile: (248) 419-1032
Email: edmund@aronowitzlawfirm.com

*Attorney for all Plaintiffs Alana Souza, Dessie Mitcheson, Emily Sears, Jamillette Gaxiola, Jesse Golden, Jessica Hinton, Julianne Klaren, Katarina Van Derham, Lina Posada, Megan Daniels, Melanie Iglesias, Rosa Acosta, Rosie Roff, Sandra Valencia, Tiffany Toth Gray, and Ursula Mayes, including Moving Plaintiffs*

**Certificate of Service**

I hereby certify that on March 15, 2024, I filed the foregoing using the CM/ECF system which will provide notice to counsel for all parties of record.

/s/ Edmund S. Aronowitz